IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-459<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR RICHARD W. BLACK**

TO:   R. Stokes Nolte
        1010 N. Bancroft Parkway, Suite 21
        Wilmington DE 19805

Pursuant to Rule 83.5(c), counsel moves the admission of Richard W. Black as counsel *pro hac vice* to represent Defendant Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc.") in this matter. In support of this Motion, Defendant relies upon the attached Certification of Richard W. Black.

*/s/ David H. Williams*
David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Grace E. Speights
gspeights@morganlewis.com
Richard W. Black
rblack@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5158

Dated: July 31, 2006      Attorneys for Defendant Home Depot U.S.A, Inc.

1434238/1
1-WA/2602889.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-459 |
| ) | |
| THE HOME DEPOT, INC. ) | |
| ) | |
| Defendant. ) | |

**ATTORNEY CERTIFICATION OF RICHARD W. BLACK
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Richard W. Black certifies:

1. I am an associate with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendant Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc.") in the above-captioned matter. I practice in the Washington, DC office of Morgan, Lewis & Bockius. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the District of Columbia Court of Appeals, the Supreme Court of Minnesota (non-resident status), the U.S. District Court for the District of Maryland, the U.S. District Court for the District of Columbia, and the U.S. Court of Appeals for the D.C. Circuit. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4.  David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
RICHARD W. BLACK

Dated: July 28, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HOME DEPOT, INC., )<br>)<br>Defendant. )<br> ) | Civil Action No. 06-459 |

**ORDER**

IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Richard W. Black is GRANTED.

_____
U.S.D.J.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-459<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF ELECTRONIC SERVICE

I, David H. Williams, hereby certify that on July 31, 2006, I electronically filed the attached **MOTION FOR ADMISSION PRO HAC VICE FOR RICHARD W. BLACK** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> R. Stokes Nolte, Esquire
> 1010 N. Bancroft Parkway
> Suite 21
> Wilmington, DE  19805

> /s/ David H. Williams
> David H. Williams (#616)
> dwilliams@morrisjames.com
> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900

                    Grace E. Speights
                    gspeights@morganlewis.com
                    Richard W. Black
                    rblack@morganlewis.com
                    MORGAN, LEWIS & BOCKIUS, LLP
                    1111 Pennsylvania Avenue, N.W.
                    Washington, DC 20004
                    (202) 739-5158

Dated:  July 31, 2006          Attorneys for Defendant Home Depot U.S.A, Inc.

1434242/1