IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT, INC.<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-459<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR GRACE E. SPEIGHTS**

TO:　R. Stokes Nolte
　　　1010 N. Bancroft Parkway, Suite 21
　　　Wilmington DE 19805

Pursuant to Rule 83.5(c), counsel moves the admission of Grace E. Speights as counsel *pro hac vice* to represent Defendant Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc.") in this matter. In support of this Motion, Defendant relies upon the attached Certification of Grace E. Speights.

　　　　　　　　　　　　　/s/ David H. Williams
　　　　　　　　　　　　　David H. Williams (#616)
　　　　　　　　　　　　　dwilliams@morrisjames.com
　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　222 Delaware Avenue
　　　　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　(302) 888-6900

　　　　　　　　　　　　　Grace E. Speights
　　　　　　　　　　　　　gspeights@morganlewis.com
　　　　　　　　　　　　　Richard W. Black
　　　　　　　　　　　　　rblack@morganlewis.com
　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS, LLP
　　　　　　　　　　　　　1111 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　(202) 739-5158

Dated: July 31, 2006　　　　　Attorneys for Defendant Home Depot U.S.A, Inc.

1434237/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-459 |
| THE HOME DEPOT, INC. ) | |
| Defendant. ) | |

**ATTORNEY CERTIFICATION OF GRACE E. SPEIGHTS
IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Grace E. Speights certifies:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendant Home Depot U.S.A., Inc. (incorrectly named "The Home Depot, Inc.") in the above-captioned matter. I practice in the Washington, DC office of Morgan, Lewis & Bockius LLP. I make this certification on personal knowledge. I do not reside in Delaware, I am not employed in Delaware, nor I am regularly engaged in business, professional, or similar activities in Delaware.

2. I am a member in good standing of the bars of the District of Columbia Court of Appeals, the Supreme Court of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the District of Columbia, the U.S. District Court for the District of Maryland, the U.S. District Court for the Western District of Missouri, and the U.S. Courts of Appeals for the 4th, 5th, 6th, 8th, 11th and D.C. Circuits. I am not under suspension or disbarment in any court.

3. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

4. David H. Williams, MORRIS, JAMES, HITCHENS & WILLIAMS, 222 Delaware Avenue, P.O. Box 2306, Wilmington, DE 19899, is Delaware counsel of record and is qualified to practice law in the Courts of the State of Delaware and before the U.S. District Court for the District of Delaware.

_____
GRACE E. SPEIGHTS

Dated: July 28, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-459 |
| ) | |
| THE HOME DEPOT, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

      IT IS HEREBY ORDERED on this ___ day of _____, 2006, that counsel's Motion for Admission *Pro Hac Vice* for Grace E. Speights is GRANTED.

_____
U.S.D.J.

1434239/1
1-WA/2602924.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-459 |
| ) | |
| THE HOME DEPOT, INC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF ELECTRONIC SERVICE**

I, David H. Williams, hereby certify that on July 31, 2006, I electronically filed the attached **MOTION FOR ADMISSION PRO HAC VICE FOR GRACE E. SPEIGHTS** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> R. Stokes Nolte, Esquire
> 1010 N. Bancroft Parkway
> Suite 21
> Wilmington, DE 19805

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

                    Grace E. Speights
                    gspeights@morganlewis.com
                    Richard W. Black
                    rblack@morganlewis.com
                    MORGAN, LEWIS & BOCKIUS, LLP
                    1111 Pennsylvania Avenue, N.W.
                    Washington, DC 20004
                    (202) 739-5158

Dated: July 31, 2006          Attorneys for Defendant Home Depot U.S.A, Inc.

1434243/1