IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WESLEY ULMER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.<br><br>    Defendant. | Civil Action No. 06-459 |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until August 18, 2006.

NOLTE & ASSOCIATES

_____
R. Stokes Nolte, Esquire (#2301)
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700
rnolte@nb-de.com
Attorneys for Plaintiff

Dated: August 4, 2006

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

_____
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com

Grace E. Speights
gspeights@morganlewis.com
Richard W. Black
rblack@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5158

Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2006.

_____
J.

DHW/111502-0001/1437839/1