OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:** 8/30/2006

**TO:** Wesley Ulmer

**RE:** CA# 06cv459 JJF    **CASE CAPTION:** Ulmer vs The Home Depot Inc.

**DOCUMENT TITLE:** DI #9 Memorandum in Opposition to Dft's Motion to Dismiss

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

- ☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).
- ☐ Courtesy copy not received by next business day.
- ☐ Pro Hac Vice fee not yet paid.
- ☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.
- **XX** Certificate of Service not included with the document.
- ☐ Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.
- ☐ 7.1.1 statement required with non-dispositive motions was not included with the document.
- ☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.
- ☐ Brief exceeds the page limitations _____.
- ☐ Brief does not include a paginated table of contents/citations.
- ☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.
- ☐ Document not in PDF format. Provide disk/CD with document in PDF format.
- ☐ Document not readable in PDF reader , or ☐ appears to be missing pages.
- ☐ Other:_____

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Judge Joseph J. Farnan, Jr.                     Dorothy Blansfield
(Rev. 5/05)                                          Deputy Clerk