IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WESLEY ULMER,                          :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :   Civil Action No. 06-459-JJF
                                       :
THE HOME DEPOT, INC.,                  :
                                       :
        Defendant.                     :

### O R D E R

At Wilmington, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Dismiss Plaintiff's Complaint For Failure To State A Claim (D.I. 6) is **GRANTED**.

                                            /s/ Joseph J. Farnan Jr.
                                       ─────────────────────────────
                                       UNITED STATES DISTRICT JUDGE

                                       1/26/07